UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, The Law Firm of Frank W. Miller, PLLC, duly appointed as counsel pro bono to represent Brent Brevard in the matter of

Brent Brevard v. T. Schunck, et al.

Civil Action No. 9:15-CV-00042, hereby request reimbursement pursuant to Local Rule 83.3 for expenses incurred in the representation of my pro bono client in the amount of $ 338.19.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: November 16, 2021

Counsel Pro Bono (Signature): _Thomas J Murphy_

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated: 11-16-2021

Presiding Judge (Signature): _Brenda K Sannes_

IT IS SO ORDERED.

Dated: 11/18/2021

_[signature]_
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Giancarlo Facciponte, Thomas J. Murphy

**Law Firm Name:** The Law Firm of Frank W. Miller, PLLC

**Mailing Address of Law Firm:** 6575 Kirkville Road

**City/State/Zip:** East Syracuse, New York 13057

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:18-cv-00042

**Party Represented:** Brent Brevard

**Dates of Service:** From: 5/29/2019 To: 10/25/2021

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT:** $ 0.00 338.19 (NC)

**Finance Audit** MC **Date:** 11/17/2021

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** [signed] Thomas J. Murphy   **Date:** 11-16-2021

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

## Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s): <u>Ronnie White, Frank W. Miller, Giancarlo Facciponte, Thomas J. Murphy</u>

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .575 (EFFECTIVE 1/1/20) | TOTAL | |
|---|---|---|---|---|---|---|---|
| 6/25/19 | Other | 5 Points Correctional F | | 132.6 | .58 .56 | $ 74.26 | 76.91 |
| 11/26/19 | Other | Tolls | $ 3.70 | | | $ 3.70 | |
| 11/26/19 | Meals: Breakfast | 5 Points Correctional F | $ 11.52 | | | $ 11.52 | |
| 11/26/19 | Other | 5 Points Correctional F | | 131 | .58 .56 | $ 73.36 | 75.98 |
| 1/21/20 | Other | Auburn Correctional F | | 64 | .575 .56 | $ 35.84 | 36.80 |
| 8/4/21 | Other | Auburn Correctional F | | 52 | .56 | $ 29.12 | ✓ |
| 8/25/21 | Other | Auburn Correctional F | | 52 | .56 | $ 29.12 | ✓ |
| 9/8/21 | Other | Auburn Correctional F | | 64 | .56 | $ 35.84 | ✓ |
| 9/23/21 | Other | Auburn Correctional F | | 70 | .56 | $ 39.20 | ✓ |
| | | | | | TOTAL: | $ 331.96 | 338.19 |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

2